| | |
|---|---|
| United States District Court<br>for the Middle District of Florida<br>801 North Florida Avenue<br>Tampa, Florida 33602 | Miscellaneous Case # 8:25-mc-43-KKM-SPF<br><br>SEP 15 2025 PM3:53<br>FILED - USDC - FLMD - TPA |
| **In Re:** Redemption of Frank Rocco<br>On and for the behalf of the United States | |

## Transmission of Proposed Findings of Fact and Conclusions of Law[1]

**COMES NOW**, Frank Rocco of the GIUSTINO family and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 U.S.C. §411 as amended from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa.

For administrative law (Government in Miniature) to function – there must be judicial oversight. Exigent circumstances (emergency) exist, because there are no judicial officers in the federal courts. For Article III of the U.S. Constitution to function, there must be Separation of Powers – and with deviant Oaths of Office throughout the United States district court system, no Judiciary exists on any level. Judicial Review is impracticable, as well as any Extraordinary Writ under Rule 17.1 of the Rules for the United States Supreme Court.

---

[1] Formerly "**Certificate of Exigent Circumstances Rule B(1)(c) Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims**"; on 9/9/2025, the deputy clerks (3) refused to forward the Certificate as provided by law. The deputy clerks refused to provide any written evidence it was forwarded, or even to say whom it was forwarded to, by name and title. See Title 18 U.S.C. §2076. Clerk of United States District Court:

> *"Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both."*

TPA 72953
#52

Attached and exemplary is the "Combined Oath" for Aileen Mercedes CANNON –
herein refused for cause; including omission of the Constitutional and Judicial Oaths for Middle
District of Florida "Magistrate" Christopher P. TUITE with a letter from the Administrative
Office of the United States Courts stating *"United States Judges are not issued bonds"*
(falsification). Also, refused for cause oath bonds for Ron DESANTIS (two terms) and Ashley
MOODY, as well as two Loyalty Oaths for "officers" employed by the Pasco County Sheriff.
Former Florida Attorney General Robert A. BUTTERWORTH's published legal opinion about
altering an oath is also attached. Online FOIA requests for the oaths for Pasco County's Sheriff
Chris NOCCO; Pasco County's Sixth Judicial Circuit of Florida "Judges"; United States District
Court for the Middle District of Florida "Chief Judge" Marcia Morales HOWARD; and United
States Marshals Service Director Gadyaces S. SERRALTA, are included to show good faith.

Additionally, attached and fully integrated into this Certificate of Exigent Circumstances,
is Frank Rocco's bank signature card with his demand for lawful money.

Written confirmation – signed by a federal "judge", that this Certificate has been properly
processed, "...*willfully refuses or neglects to make or forward any report, certificate...* " must be
tendered immediately to Frank Rocco at the clerk counter to avoid reporting violation of Title 18
U.S.C. §2076 to the U.S. Marshals.

The interesting Refusals for Cause are "ADVERTISEMENT" with unsolicited legal advice dated August 26th, 2025 from OPENLAW LLC (front and back); August 27th, 2025 from THOELE/DRACH; and September 3rd, 2025 from WESTON LEGAL PLLC (front and back), as attorney firms attempting to inform Frank Rocco that there is a legal action against him in the Pasco County Court system and soliciting business.

The Pasco County Court cannot be qualified judicially because there are no federal judges at bench in Florida. The Pasco County Court may do whatever it pleases without any recourse to the law for Frank Rocco because the State of Florida has no federal judicial oversight for oversight and correction.

Frank Rocco

Redeemed Lawful Money
Pursuant to 12 USC §411
https://uscode.house.gov/

Notary:

State of Florida
County of _Pasco_

Sworn to (or affirmed) and subscribed before me
this _12_ day of _September_, _2025_
(Date)      (Month)        (Year)
by _Frank Rocco_
(Name of Affiant)

_____ (Seal)
(Signature of Notary Public - State of Florida)
_Taylor Marie Anderson_
(Name of Notary Public)

Notary Public State of Florida
Taylor Marie Anderson
My Commission  HH 651114
Expires  3/13/2029

Personally Known _____ OR Produced Identification _X_
Type of Identification Produced _driver license_

NOTARY I.D. NO.
1842854

COMMISSION NO.
HH 651114



## STATE OF FLORIDA

Executive Department

I, Ron DeSantis, Governor of Florida, by virtue of the authority vested in me
by the Constitution and Laws of this State,
do hereby commission

# Taylor Marie Anderson

to be

## NOTARY PUBLIC

in and for the State of Florida
from March 14, 2025 through March 13, 2029 and in the
Name of the People of the State of Florida to have, hold and exercise the said office and
all the powers and responsibilities appertaining thereto, and to receive the privileges
and emoluments thereof in accordance with the law,
In Testimony Whereof, I do hereunto set my hand and cause to be affixed the
Great Seal of the State, Tallahassee, Florida.

_____
Governor

_____
Secretary of State            HUCK



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

September 25, 2023

Frank Giustino



Re:    FOIA-2023-02053
       DRH:SBT:GMG

Dear Frank Giustino:

This responds to your Freedom of Information Act (FOIA) request dated and received in this Office on July 19, 2023, in which you requested the oaths of office for Judge Aileen Mercedes Cannon, Judge Analisa Nadine Torres, and Justice John Glover Roberts, Jr.

Please be advised that a search has been conducted in the Office of Legal Policy (OLP), and three pages were located that are responsive to your request. I have determined that this material is appropriate for release with excisions made pursuant to Exemption 6 of the FOIA, 5 U.S.C. § 552(b)(6), which pertains to information the release of which would constitute a clearly unwarranted invasion of personal privacy. Please be advised that we have considered the foreseeable harm standard when reviewing records and applying FOIA exemptions.

For your information, while we did not locate the oath of office pertaining to Chief Justice Roberts' appointment to the United States Supreme Court, that does not mean that this document does not exist; nor does it mean that this justice is not duly authorized. The Department of Justice is not the official repository of this type of record; therefore, some documents are not always forwarded to OLP for inclusion in its files. The Administrative Office of the United States Courts (AOUSC) maintains the personnel files of all federal judges. As the AOUSC is an entity within the judicial branch, it is not subject to the FOIA. Although the policy of the AOUSC is not to release documents to the public, should you wish to contact that entity, its address follows:

> Judges Compensation and Retirement Services Office
> Administrative Office of the United States Courts
> One Columbus Circle, NE
> Washington, DC  20544

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c) (2021). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

-2-

You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, 441 G Street NW, Sixth Floor, Washington, DC 20530-0001; telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff

Enclosures

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ___Aileen Mercedes Cannon_____, do solemnly swear (or affirm)

that I will administer justice without respect to persons, and do equal right to the poor and

to the rich, and that I will faithfully and impartially discharge and perform all the duties

incumbent upon me as United States District Judge for the Southern District of Florida

under the Constitution and laws of the United States; and that I will support and defend the

Constitution of the United States against all enemies, foreign and domestic; that I will bear

true faith and allegiance to the same; that I take this obligation freely, without any mental

reservation or purpose of evasion; and that I will well and faithfully discharge the duties of

the office on which I am about to enter.  SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ____23rd_____ day

of ___November, 2020_____.

_____
K. Michael Moore, Chief U.S. District Judge

Actual abode:          **(b) (6)**
Official station.*      ___Fort Pierce, FL___
Date of birth          **(b) (6)**
Date of Entry on Duty  ___11/23/2020___

---

* Title 28, sec. 456 United States Code as amended.



# Text of the Oaths of Office for Supreme Court Justices

## ═══ INFORMATION SHEET ═══

Justices of the Supreme Court of the United States are required to take two oaths before they may execute the duties of their appointed office.

### The Constitutional Oath

As noted below in Article VI, all federal officials must take an oath in support of the Constitution:

> "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."

The Constitution does not provide the wording for this oath, leaving that to the determination of Congress. From 1789 until 1861, this oath was, "I do solemnly swear (or affirm) that I will support the Constitution of the United States." During the 1860s, this oath was altered several times before Congress settled on the text used today, which is set out at 5 U. S. C. § 3331. This oath is now taken by all federal employees, other than the President:

> "I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."



Richard Hofmeister, Smithsonian Institution

*Retiring Chief Justice Warren E. Burger (in robe) administers the Constitutional Oath to his successor, Associate Justice William H. Rehnquist, in the East Room of the White House. Mrs. Natalie Rehnquist holds the Bible while President Ronald Reagan looks on.*

**The Judicial Oath**

The origin of the second oath is found in the Judiciary Act of 1789, which reads "the justices of the Supreme Court, and the district judges, before they proceed to execute the duties of their respective offices" to take a second oath or affirmation. From 1789 to 1990, the original text used for this oath (1 Stat. 76 § 8) was:

"I, _____, do solemnly swear or affirm that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____, according to the best of my abilities and understanding, agreeably to the constitution and laws of the United States. So help me God."

In December 1990, the Judicial Improvements Act of 1990 replaced the phrase "according to the best of my abilities and understanding, agreeably to the Constitution" with "under the Constitution." The revised Judicial Oath, found at 28 U. S. C. § 453, reads:

"I, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and laws of the United States. So help me God."

**The Combined Oath**

Upon occasion, appointees to the Supreme Court have taken a combined version of the two oaths, which reads:

"I, _____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as _____ under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

No!!

I, __Aileen Mercedes Cannon_____, do solemnly swear (or affirm)

that I will administer justice without respect to persons, and do equal right to the poor and

to the rich, and that I will faithfully and impartially discharge and perform all the duties

incumbent upon me as United States District Judge for the Southern District of Florida

under the Constitution and laws of the United States; and that I will support and defend the

Constitution of the United States against all enemies, foreign and domestic; that I will bear

true faith and allegiance to the same; that I take this obligation freely, without any mental

reservation or purpose of evasion; and that I will well and faithfully discharge the duties of

the office on which I am about to enter. SO HELP ME GOD.

No!!

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this _____23rd_____ day

of ___November, 2020_____.

_____
K. Michael Moore, Chief U.S. District Judge

Actual abode:            (b) (6)
Official station.*        ___Fort Pierce, FL_____
Date of birth            (b) (6)
Date of Entry on Duty    ___11/23/2020_____

---

* Title 28, sec. 456 United States Code as amended.



# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**JAMES R. BAUGHER**
Associate Director
Department of Administrative Services

WASHINGTON, D.C. 20544

**MICHAEL L. SMITH**
Chief Human Resources Officer
Human Resources Office

August 6, 2024

Frank Rocco Giustino



Dear Sirs:

This is in response to your request for a copy of the oath of office form for the following judges. The Administrative Office of the United States Courts does not release copies of a judge's signed oath of office. However, this letter will confirm that these judges have been appointed as a judge and took the oath of office prescribed by law as noted below. The text of the oath of office for judges may be found in the United States Code at 28 U.S.C. § 453 and 5 U.S.C. § 3331. Please also note that United States Judges are not issued bonds.

| Name and Title | Oath of Office Date |
|---|---|
| Steven I. Locke<br>Magistrate Judge<br>Eastern District of New York | July 23, 2014 |
| Zia M. Faruqui<br>Magistrate Judge<br>District of Columbia | September 14, 2020 |
| G. Michael Harvey<br>Magistrate Judge<br>District of Columbia | February 13, 2015 |
| Robin M. Meriweather<br>Magistrate Judge<br>District of Columbia | January 10, 2017 |

Page 2

Christopher P. Tuite                        February 5, 2018
Magistrate Judge
Middle District of Florida

Please note that the Administrative Office does not provide appointment affidavits or letters of appointment.

Thank you for your inquiry.

Sincerely,

Judges Compensation and
Retirement Division

*- - - End of Correspondence - - -*

OHR-JCRSD
ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS
WASHINGTON, D.C. 20544

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

NEOPOST        FIRST-CLASS MAIL
08/06/2024
US POSTAGE $000.69⁰

ZIP 20544
041M11456930

Frank Rocco Giustino



## ADMINISTRATIVE OFFICE OF THE
## UNITED STATES COURTS

JAMES R. BAUGHER
Associate Director
Department of Administrative Services

WASHINGTON, D.C. 20544

MICHAEL L. SMITH
Chief Human Resources Officer
Human Resources Office

August 6, 2024

Frank Rocco Giustino

████████████████

Dear Sirs:



    This is in response to your request for a copy of the oath of office form for the following judges. The Administrative Office of the United States Courts does not release copies of a judge's signed oath of office. However, this letter will confirm that these judges have been appointed as a judge and took the oath of office prescribed by law as noted below. The text of the oath of office for judges may be found in the United States Code at 28 U.S.C. § 453 and 5 U.S.C. § 3331. Please also note that United States Judges are not issued bonds.

| Name and Title | Oath of Office Date |
| --- | --- |
| Steven I. Locke<br>Magistrate Judge<br>Eastern District of New York | July 23, 2014 |
| Zia M. Faruqui<br>Magistrate Judge<br>District of Columbia | September 14, 2020 |
| G. Michael Harvey<br>Magistrate Judge<br>District of Columbia | February 13, 2015 |
| Robin M. Meriweather<br>Magistrate Judge<br>District of Columbia | January 10, 2017 |

# RE: FOIA Inquiry / Request

| | |
|---|---|
| From | PublicRecords@DOS.MyFlorida.com · Public Records @ Dos.myflorida.com |
| To | Frank R. Giustino █████████ @pm.me |
| Date | Friday, April 26th, 2024 at 4:45 PM |

Requestor:

Enclosed are public records responsive to your request regarding copies of the Oaths of Office for Governor Ron DeSantis and Attorney General Ashley Moody.

The Department has been unable to locate responsive records for copies of the Oaths of Office for Congressman Matt Gaetz, Congressman Gus Bilirakis, or Congressman Vern Buchanan.

The Department now considers this request fulfilled. It has been a pleasure to be of service to you.

Respectfully,


Office of the General Counsel, Public Records

FLORIDA DEPARTMENT OF STATE

R. A. Gray Building, Suite 100

500 South Bronough Street

Tallahassee, Florida 32399

Phone: (850)245-6507




**From:** Frank R. Giustino <█████████@pm.me>
**Sent:** Wednesday, April 24, 2024 3:59 PM
**To:** Public Records <PublicRecords@Dos.myflorida.com>
**Subject:** FOIA Inquiry / Request

EMAIL RECEIVED FROM EXTERNAL SOURCE

Hello,

In the order of urgency of public interest and as a Florida resident, from highest priority to lowest, I would like copies of the proper Oaths of Office for the following State of Florida representatives:

- Attorney General Ashley Moody

- Governor Ron DeSantis

- Congressman Vern Buchanan

- Congressman Gus Bilirakis

- Congressman Matt Gaetz

I request a waiver of all fees, as disclosure of the requested information to Me is in the public interest, because it is likely to contribute significantly to public understanding of the operations and activities of the government, and is not primarily in My commercial interest.

If you are not the correct person to whom this FOIA Request should be directed, please forward it without delay to the correct person(s).

Thank you for your timely consideration of this FOIA Request.

---------------------------

First Name:   Frank

Last Name:  Giustino

Email:   ██████████@pm.me

---

**124.30 KB**    2 files attached

| Ashley Moody.pdf 53.94 KB | Ron DeSantis.pdf 70.36 KB |

# OATH OF OFFICE

### (Art. II. § 5(b), Fla. Const.)

RE~~CEIVE~~D

**STATE OF FLORIDA**

2018 DEC 13 PM 2: 10

County of **Leon**

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

## Governor

(Title of Office)

on which I am now about to enter, so help me God.

**[NOTE: If you affirm, you may omit the words "so help me God." See § 92.52, Fla. Stat.]**

*Signature*

Sworn to and subscribed before me this 12th day of *December*, 2018.

*Signature of Officer Administering Oath or Notary Public*

DIANE MOULTON
MY COMMISSION # GG 115932
EXPIRES: October 19, 2021
Bonded Thru Notary Public Underwriters

*Print, Type, or Stamp Commissioned Name of Notary Public*

*Personally Known* ☒  **OR**  *Produced Identification* ☐

*Type of Identification Produced* _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

Mailing Address:  ☐ Home  ☒ Office

**400 South Monroe Street**

Street or Post Office Box

**Tallahassee, FL 32399**

City, State, Zip Code

Ron DeSantis

Print Name

Signature

DS-DE 56 (Rev. 11/16)

# OATH OF OFFICE

### (Art. II. § 5(b), Fla. Const.)

RECEIVED

2023 JAN -3 AM 9: 59

DIVISION OF ELECTIONS
TALLAHASSEE, FL

**STATE OF FLORIDA**

**County of** Leon

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

**Governor**

(Title of Office)

on which I am now about to enter, so help me God.

**[NOTE:  If you affirm, you may omit the words "so help me God."  *See* § 92.52, Fla. Stat.]**

Signature

Sworn to and subscribed before me by means of ✔ physical presence or online notarization, this 3rd day of **January**, **2023**.

Signature of Officer Administering Oath or of Notary Public

Susan L. Smith

Print, Type, or Stamp Commissioned Name of Notary Public

Personally Known ✔  OR  Produced Identification ☐

Type of Identification Produced _____

SUSAN L. SMITH
MY COMMISSION # GG 922609
EXPIRES: January 18, 2024
Bonded Thru Notary Public Underwriters

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

I accept the office listed in the above Oath of Office.

Mailing Address:   ☐ Home   ☑ Office

400 S. Monroe St.

Street or Post Office Box

Tallahassee, FL 32399

City, State, Zip Code

Ron DeSantis

Print Name

Signature

DS-DE 56 (Rev. 02/20)

HAND DELIVERED

RE

2019 JAN -2 PM 1:02

FALL

# OATH OF OFFICE

### (Art. II. § 5(b), Fla. Const.)

**STATE OF FLORIDA**

**County of** Hillsborough

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

### Attorney General

(Title of Office)

on which I am now about to enter, so help me God.

**[NOTE: If you affirm, you may omit the words "so help me God." See § 92.52, Fla. Stat.]**

Signature

Sworn to and subscribed before me this 20th day of December 2018

Signature of Officer Administering Oath or of Notary Public

Print, Type, or Stamp Commissioned Name of Notary Public

Personally Known ☐   OR   Produced Identification ☑

Type of Identification Produced ████

*(Notary seal: LEE L. SPIEGEL, JUN 16, 2021, #GG100918, NOTARY PUBLIC STATE OF FLORIDA)*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

Mailing Address:   ☐ Home   ☑ Office

PL-01 The Capitol

Street or Post Office Box

Tallahassee, FL 32399

City, State, Zip Code

Ashley Moody

**Print Name**

**Signature**

**DS-DE 56 (Rev. 11/16)**

SECTION 5.   **Public officers.—**

   (a)   No person holding any office of emolument under any foreign government, or civil office of emolument under the United States or any other state, shall hold any office of honor or of emolument under the government of this state. No person shall hold at the same time more than one office under the government of the state and the counties and municipalities therein, except that a notary public or military officer may hold another office, and any officer may be a member of a constitution revision commission, taxation and budget reform commission, constitutional convention, or statutory body having only advisory powers.

   (b)   Each state and county officer, before entering upon the duties of the office, shall give bond as required by law, and shall swear or affirm:

   "I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the state; and that I will well and faithfully perform the duties of _(title of office)_ on which I am now about to enter. So help me God.",

and thereafter shall devote personal attention to the duties of the office, and continue in office until a successor qualifies.

   (c)   The powers, duties, compensation and method of payment of state and county officers shall be fixed by law.

   **History.**—Am. H.J.R. 1616, 1988; adopted 1988; Am. proposed by Constitution Revision Commission, Revision No. 13, 1998, filed with the Secretary of State May 5, 1998; adopted 1998.

# OATH OF OFFICE

### (Art. II. § 5(b), Fla. Const.)

RE~~CEIVED~~

**STATE OF FLORIDA**

2018 DEC 13 PM 2:10

County of ___Leon___

~~Refusal for Cause~~

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

~~NO!!~~ _____ Governor _____

(Title of Office)

on which I am now about to enter, so help me God.

[NOTE: If you affirm, you may omit the words "so help me God." *See* § 92.52, Fla. Stat.]

_____
Signature

Sworn to and subscribed before me this 13th day of December, 2018.

_____
Signature of Officer Administering Oath or Notary Public

DIANE MOULTON
MY COMMISSION # GG 115932
EXPIRES: October 19, 2021
Bonded Thru Notary Public Underwriters

_____
Print, Type, or Stamp Commissioned Name of Notary Public

Personally Known ☒ OR    Produced Identification ☐

Type of Identification Produced _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

Mailing Address:    ☐ Home   ☑ Office

___400 South Monroe Street___
Street or Post Office Box

___Tallahassee, FL 32399___
City, State, Zip Code

Ron DeSantis
_____
Print Name

_____
Signature

**DS-DE 56 (Rev. 11/16)**

# OATH OF OFFICE

### (Art. II. § 5(b), Fla. Const.)

RECEIVED

2023 JAN -3  AM 9: 59

DIVISION OF ELECTIONS
TALLAHASSEE, FL

**STATE OF FLORIDA**

County of  Leon

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

~~Refusal for Cause~~ ~~No!!~~ Governor

### (Title of Office)

on which I am now about to enter, so help me God.

**[NOTE:  If you affirm, you may omit the words "so help me God."  *See* § 92.52, Fla. Stat.]**

_____
Signature

Sworn to and subscribed before me by means of ✔ physical presence or online notarization, this **3rd** day of **January**, **2023**.

_Susan L. Smith_
Signature of Officer Administering Oath or of Notary Public

Susan L. Smith
Print, Type, or Stamp Commissioned Name of Notary Public

Personally Known ☑  **OR**   Produced Identification ☐

Type of Identification Produced _____

> SUSAN L. SMITH
> MY COMMISSION # GG 922809
> EXPIRES: January 18, 2024
> Bonded Thru Notary Public Underwriters

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

Mailing Address:   ☐ Home   ☑ Office

400 S. Monroe St.
Street or Post Office Box

Tallahassee, FL 32399
City, State, Zip Code

Ron DeSantis
Print Name

_____
Signature

DS-DE 56 (Rev. 02/20)

# OATH OF OFFICE

### (Art. II. § 5(b), Fla. Const.)

**HAND DELIVERED**

RE~~~~~~

2019 JA~ -2 PH 1:02

TAL~~~~~~

**STATE OF FLORIDA**

**County of** Hillsborough

I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the State, and that I will well and faithfully perform the duties of

~~Personal Cause~~

NO!! Attorney General

(Title of Office)

on which I am now about to enter, so help me God.

**[NOTE: If you affirm, you may omit the words "so help me God." See § 92.52, Fla. Stat.]**

Signature _Ashley Moody_

Sworn to and subscribed before me this 20 day of December 2018

Signature of Officer Administering Oath or of Notary Public

Print, Type, or Stamp Commissioned Name of Notary Public _Lee I. Spiegel_

*[Notary seal: LEE I. SPIEGEL, NOV 16, 2021, #GG100918, NOTARY PUBLIC STATE OF FLORIDA]*

Personally Known ☐  OR  Produced Identification ☑

Type of Identification Produced ████████

---

# ACCEPTANCE

**I accept the office listed in the above Oath of Office.**

Mailing Address:  ☐ Home  ☑ Office

PL-01 The Capitol

Street or Post Office Box

Tallahassee, FL 32399

City, State, Zip Code

Ashley Moody

**Print Name**

_Ashley Moody_

**Signature**

DS-DE 56 (Rev. 11/16)

| Remit To | |
|---|---|
| | Pasco County Sheriff's Office |
| | Finance Department-GovQA |
| | 8661 Citizens Drive |
| | New Port Richey, FL 34654 |

| Customer | |
|---|---|
| | Frank Giustino |



Request
R017195-080624
*Public Records Request*

Invoice Summary

| | |
|---|---|
| Invoice # | **INV24-R017195-1** |
| Invoice Date | 8/13/2024 |
| Due Date | 8/27/2024 |
| Invoice Status | **Paid** |
| Net Amount Due | $0.00 |

**CHRIS NOCCO, SHERIFF**
**PASCO COUNTY, FLORIDA**

# PASCO SHERIFF'S OFFICE

**Sheriff's Administration**
8700 Citizen Drive
New Port Richey, FL 34654-5501
727-847-5878

Colonel Brian Head       Chief Jeremiah Hawkes       Major Jeff Harrington       Major Ed Beckman
Chief Deputy             Management Services          Patrol Operations           Detention Operations

## *LOYALTY OATH*

I, _DAVID MURPHY_____, *a citizen of the State of Florida and of the United*

*States of America, and being employed by the Pasco Sheriff's Office, and a recipient of public funds as*

*such employee, do hereby solemnly swear that I will support, protect and defend the Constitution and*

*government of the United States of America and of the State of Florida.*

_____
Signature

*STATE OF FLORIDA*
*COUNTY OF PASCO*

*The foregoing instrument was acknowledged before me this* 7 *day of* January *, 20*13 *,*

*by* David Murphy *, who is personally known to me or has produced his/her driver's*

*license as identification and who did (did not) take an oath.*

_____
Signature of Notary

_____
Printed Name of Notary      Kim Shelton

KIMBERLY SHELTON
My Comm. Expires
Nov 12, 2013
No. EE 128576
NOTARY
PUBLIC
STATE OF FLORIDA

PSO# 10011 (5/11)

---

**TEAMWORK · PROFESSIONALISM · SERVICE**

**District I**
7432 Little Road
New Port Richey, FL 34654
727-847-5878

**District II**
36409 State Road 52
Dade City, FL 33525
352-518-5000

**District III**
11530 Trinity Boulevard
Trinity, FL 34655
727-372-5920

**Pasco Detention Center**
20101 Central Boulevard
Land O'Lakes, FL 34637
813-996-6982



*CHRIS NOCCO, SHERIFF*

# PASCO SHERIFF'S OFFICE

### TEAMWORK • PROFESSIONALISM • SERVICE

## *LOYALTY & OATH OF OFFICE*

I, __PAUL BUNAS__ _a citizen of the State of Florida and of the United States of America and being a member of the Pasco Sheriff's Office and a recipient of public funds as such member **DO SOLEMNLY SWEAR** that I will support, protect, and defend the Constitution and Government of the United States of America and of the State of Florida;  that I am duly qualified to hold office under the constitution of the state; and that I will well and faithfully perform the duties of Deputy Sheriff of Pasco County, on which I am about to enter.  So help me God._

_____
**Signature**

STATE OF FLORIDA
COUNTY OF PASCO

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this __4__ day of __April__, __2022__, by  (name of person making statement) __Paul Bunas__

Personally known OR produced identification.  Type of identification produced: __Ut DL__

_____        _____        __HH105243__
Signature of Notary Public - State of Florida        Printed Name of Notary Public        Serial Number

PSO# 10012 (Rev. 3/19/20)        Reviewed by:  Initials: AS        CJIS#: 4277        Date: 3/19/20

VALERIE VITELLO
Notary Public - State of Florida
Commission # HH 105243
My Comm. Expires Jul 11, 2025
Bonded through National Notary Assn.

---

| **Sheriff's Administration** | **District I** | **District II** | **District III** | **Pasco Detention Center** |
|---|---|---|---|---|
| 8700 Citizens Drive | 7432 Little Road | 36409 State Road 52 | 11530 Trinity Boulevard | 20101 Central Boulevard |
| New Port Richey, FL 34654 | New Port Richey, FL 34654 | Dade City, FL 33525 | Trinity, FL 34655 | Land O'Lakes, FL 34637 |
| 727-847-5878 | 727-847-5878 | 352-518-5000 | 727-372-5920 | 813-996-6982 |

## Loyalty oaths, requirement for elected official

**Number:** AGO 96-41

**Date:** June 07, 1996

**Subject:**
Loyalty oaths, requirement for elected official


Mr. Mitchell S. Kraft
Tamarac City Attorney
7525 Northwest 88th Avenue
Tamarac, Florida 33321-2401

RE: LOYALTY OATH--ELECTED OFFICIALS--MUNICIPALITIES--requirement that elected official take loyalty oath. s. 876.05, Fla. Stat.

Dear Mr. Kraft:

You have asked for my opinion on substantially the following questions:

1. May a person elected to the Charter Board of the City of Tamarac assume that office without taking the statutorily prescribed oath set out in section 876.05, Florida Statutes?

2. May the language of the oath prescribed in section 876.05, Florida Statutes, be modified by individual officeholders or employees?

In sum:

1. All elected officers of the City of Tamarac are required by law to take the oath set forth in section 876.05, Florida Statutes.

2. The form of the oath prescribed in section 876.05(1), Florida Statutes, is mandatory and may not be altered. However, an exception has been recognized by the courts for those persons who are required to take the oath but who are not citizens.

Question One

According to your letter, the individual in question was elected to the position of Charter Board Member in the City of Tamarac in March 1996. When he was subsequently asked to take an oath of office pursuant to section 876.05, Florida Statutes, he declined for religious reasons. He has not been sworn into office and has offered to execute an alternative statement that would include some of the language of the statutory oath and other language that is not reflected in the statute. In order to resolve this matter, you have asked for this office's opinion.

Section 876.05, Florida Statutes, prescribes an oath that must be taken as a minimum requirement for elected public service. The statute originally was adopted in 1949[1] and was

revised by the 1983 Legislature to delete those portions of the oath that had been judicially invalidated and eliminated by the state and federal courts.[2]

The statute currently prescribes the following language for the oath:

"I, _____, a citizen of the State of Florida and of the United States of America, and being employed by or an officer of _____ and a recipient of public funds as such employee or officer, do hereby solemnly swear or affirm that I will support the Constitution of the United States and of the State of Florida."

The language of the oath clearly provides an option to those for whom swearing is not acceptable: those individuals may affirm that they will support the Florida and United States Constitutions.[3]

The provisions of the statute apply to all employees and elected officers of the state, including the Governor and constitutional officers and all employees and elected officers of all cities, towns, counties, and political subdivisions, including the school system.[4] In addition, the oath is a prerequisite to qualification for public office.[5] Any candidate who fails or refuses to file the oath will have failed to qualify as a candidate for public office and his or her name may not be printed on the ballot as a qualified candidate.[6] The oath must be taken before a person authorized to take acknowledgments of instruments for public record and must be filed with the records of the governing official or employing governmental agency.[7]

Pursuant to section 876.09, Florida Statutes, "[t]he provisions of ss. 876.05-876.10 shall apply to all employees and elected officers of the state, including the Governor and constitutional officers and all employees and elected officers of all cities, towns, counties, and political subdivisions, including the educational system." Thus, the provisions of the statute are mandatory and binding on all public employees and elected state and local officers.[8]

Therefore, it is my opinion that all elected officers of the City of Tamarac, including a person elected to the Charter Board, are required by law to take the loyalty oath set forth in section 876.05, Florida Statutes.

Question Two

This office has considered and approved the modification of the loyalty oath set forth in section 876.05, Florida Statutes, in circumstances where the affiant was not a citizen of the United States but was a resident alien. Such a change was necessary in response to a United State Supreme Court decision in which the Court struck down a state statute denying aliens the right to hold positions in the state's competitive service system as violative of the equal protection guarantees of the Fourteenth Amendment.[9] In Attorney General Opinion 84-66 it was concluded that such a modification was necessary under those circumstances in order to avoid a constitutional challenge to the statute.

However, such modifications have been made in response to judicial decisions and I cannot say that revisions and alterations may be made to the language of the oath under other circumstances. Rather, it is the general rule that, when the Legislature states how a thing is to be

done, it may not be accomplished in some other manner.[10] The language of the statute itself is directory rather than discretionary: "All persons . . . are required to take an oath . . . in the following form[.]"[11] It would appear that one purpose of any statute that creates a form is to provide uniformity and this purpose would be defeated by allowing individual officers and employees to craft their own versions of a loyalty oath.

Therefore, it is my opinion that the language of the oath set forth in section 876.05(1), Florida Statutes, is mandatory and must be followed with the exceptions noted above.

Sincerely,

Robert A. Butterworth
Attorney General

RAB/tgh

-----------------------------------------------------------------

[1] *See* s. 1, Ch. 25046, Laws of Fla. (1949).

[2] *Cf.* Op. Att'y Gen. Fla. 82-64 (1982); *Connell v. Higginbotham*, 403 U.S. 207 (1971); *Cramp v. Board of Public Instruction of Orange County*, 137 So. 2d 828 (Fla. 1962).

[3] *See generally* 1 Fla. Jur. 2d *Acknowledgments* s. 31 ("An oath in its broadest sense, is any form of attestation by which a person signifies that he is bound in conscience to perform an act faithfully and truthfully[.] An affirmation is a solemn statement or declaration made as a substitute for a sworn statement by a person whose conscience will not permit him to swear.")

[4] Sections 876.05(1), and 876.09(1), Fla. Stat. (1995).

[5] Section 876.07, Fla. Stat. (1995).

[6] *And see* s. 99.021(1)(a), Fla. Stat. (1995), which requires that a candidate swear "that he or she has taken the oath required by ss. 876.05-876.10, Florida Statutes[.]"

[7] Section 876.05(1) and (2), Fla. Stat. (1995). *Cf.* s. 92.50, Fla. Stat. (1995), providing who may take or administer oaths and acknowledgments required or authorized under the laws of Florida.

[8] *And see* s. 876.06, Fla. Stat. (1995), which provides for the discharge of any person who refuses to execute the oath; s. 876.07, Fla. Stat. (1995), which requires that a person who seeks to qualify for public office but who fails or refuses to execute the oath may not have his or her name printed on the ballot as a qualified candidate; and s. 876.08, Fla. Stat. (1995), which makes the governing authority or person who continues to employ a person who fails to execute the oath guilty of a second degree misdemeanor.

[9] *See Sugarman v. Dougall*, 413 U.S. 634 (1973). And see, Op. Att'y Gen. Fla. 76-238 (1976)

and cases cited therein.

[10] *See, e.g., Alsop v. Pierce*, 19 So. 2d 799, 805-806 (Fla. 1944); *Dobbs v. Sea Isle Hotel*, 56 So. 2d 341, 342 (Fla. 1952); *Thayer v. State*, 335 So. 2d 815, 817 (Fla. 1976).

[11] *Compare* s. 99.021(1)(a), Fla. Stat. (1995), which provides a form for a candidate oath and states that the oath or affirmation "shall be *substantially* in the following form[.]" (e.s.)

| <u>Title</u> | <u>Chapter 876</u> | <u>View Entire</u> |
| <u>XLVI</u> | CRIMINAL ANARCHY, TREASON, AND OTHER CRIMES AGAINST | <u>Chapter</u> |
| CRIMES | PUBLIC ORDER | |

**876.05     Public employees; oath.—**

(1)    All persons who now or hereafter are employed by or who now or hereafter are on the payroll of the state, or any of its departments and agencies, subdivisions, counties, cities, school boards and districts of the free public school system of the state or counties, or institutions of higher learning, except candidates for federal office, are required to take an oath before any person duly authorized to take acknowledgments of instruments for public record in the state in the following form:

I,  , a citizen of the State of Florida and of the United States of America, and being employed by or an officer of   and a recipient of public funds as such employee or officer, do hereby solemnly swear or affirm that I will support the Constitution of the United States and of the State of Florida.

(2)    Said oath shall be filed with the records of the governing official or employing governmental agency prior to the approval of any voucher for the payment of salary, expenses, or other compensation.

**History.**—s. 1, ch. 25046, 1949; s. 22, ch. 83-214; s. 55, ch. 2007-30; s. 77, ch. 2011-40.



**CHRIS NOCCO, SHERIFF**
PASCO COUNTY, FLORIDA

# PASCO SHERIFF'S OFFICE

**Sheriff's Administration**
8700 Citizen Drive
New Port Richey, FL 34654-5501
727-847-5878

**Colonel Brian Head**
Chief Deputy

**Chief Jeremiah Hawkes**
Management Services

**Major Jeff Harrington**
Patrol Operations

**Major Ed Beckman**
Detention Operations

## *LOYALTY OATH*

I, __David Murphy__, a citizen of the State of Florida and of the United States of America, and being employed by the Pasco Sheriff's Office, and a recipient of public funds as such employee, do hereby solemnly swear that I will support protect and defend the Constitution and government of the United States of America and of the State of Florida.

*(handwritten in red: REFUSAL for Cause    NO!!)*

_____
Signature

STATE OF FLORIDA
COUNTY OF PASCO

The foregoing instrument was acknowledged before me this __7__ day of __January__, 20_13_, by __David Murphy__, who is personally known to me or has produced his/her driver's license as identification and who did (did not) take an oath.

_____
Signature of Notary

__Kim Shelton__
Printed Name of Notary

*(Notary seal: KIMBERLY SHELTON, My Comm. Expires Nov 12, 2013, No. EE 128575, NOTARY PUBLIC, STATE OF FLORIDA)*

PSO# 10011 (5/11)

TEAMWORK ▪ PROFESSIONALISM ▪ SERVICE

**District I**
7432 Little Road
New Port Richey, FL 34654
727-847-5878

**District II**
36409 State Road 52
Dade City, FL 33525
352-518-5000

**District III**
11530 Trinity Boulevard
Trinity, FL 34655
727-372-5920

**Pasco Detention Center**
20101 Central Boulevard
Land O'Lakes, FL 34637
813-996-6982

SECTION 5.   **Public officers.—**

(a)   No person holding any office of emolument under any foreign government, or civil office of emolument under the United States or any other state, shall hold any office of honor or of emolument under the government of this state. No person shall hold at the same time more than one office under the government of the state and the counties and municipalities therein, except that a notary public or military officer may hold another office, and any officer may be a member of a constitution revision commission, taxation and budget reform commission, constitutional convention, or statutory body having only advisory powers.

(b)   Each state and county officer, before entering upon the duties of the office, shall give bond as required by law, and shall swear or affirm:

"I do solemnly swear (or affirm) that I will support, protect, and defend the Constitution and Government of the United States and of the State of Florida; that I am duly qualified to hold office under the Constitution of the state; and that I will well and faithfully perform the duties of _(title of office)_ on which I am now about to enter. So help me God.",

and thereafter shall devote personal attention to the duties of the office, and continue in office until a successor qualifies.

(c)   The powers, duties, compensation and method of payment of state and county officers shall be fixed by law.

**History.**—Am. H.J.R. 1616, 1988; adopted 1988; Am. proposed by Constitution Revision Commission, Revision No. 13, 1998, filed with the Secretary of State May 5, 1998; adopted 1998.



**CHRIS NOCCO, SHERIFF**

# PASCO SHERIFF'S OFFICE

**TEAMWORK • PROFESSIONALISM • SERVICE**

## *LOYALTY & OATH OF OFFICE*

I, _PAUL BUNAS_ *a citizen of the State of Florida and of the United States of America and being a member of the Pasco Sheriff's Office and a recipient of public funds as such member* **DO SOLEMNLY SWEAR** *that I will support, protect, and defend the Constitution and Government of the United States of America and of the State of Florida; that I am duly qualified to hold office under the constitution of the state; and that I will well and faithfully perform the duties of Deputy Sheriff of Pasco County, on which I am about to enter. So help me God.*

*(written over text in red: No!! Refusal for Cause)*

_____
Signature

STATE OF FLORIDA
COUNTY OF PASCO

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this _4_ day of _April_ , _2022_ , by (name of person making statement) _Paul Bunas_

Personally known OR produced identification. Type of identification produced: _Ut DL_

_____        _Valeri Vitello_        _HH105243_
Signature of Notary Public - State of Florida        Printed Name of Notary Public        Serial Number

PSO# 10012 (Rev. 3/19/20)        Reviewed by: Initials: AS        CJIS#: 4277        Date: 3/19/20

**VALERIE VITELLO**
Notary Public - State of Florida
Commission # HH 105243
My Comm. Expires Jul 11, 2025
Bonded through National Notary Assn.

**Sheriff's Administration**
8700 Citizens Drive
New Port Richey, FL 34654
727-847-5878

**District I**
7432 Little Road
New Port Richey, FL 34654
727-847-5878

**District II**
36409 State Road 52
Dade City, FL 33525
352-518-5000

**District III**
11530 Trinity Boulevard
Trinity, FL 34655
727-372-5920

**Pasco Detention Center**
20101 Central Boulevard
Land O'Lakes, FL 34637
813-996-6982

## Public Records Request :: R019368-090625

From   PASCOCOUNTYSHERIFF Support <pascocountysheriff@govqa.us>

To   Frank R. Giustino <​          @pm.me>

Date   Saturday, September 6th, 2025 at 4:50 AM



RE: PUBLIC RECORDS REQUEST of September 06, 2025., Reference # R019368-090625.

Dear Frank Giustino,

The Pasco Sheriff's Office is in receipt of your public information request dated September 06, 2025 for the below records:

**"Copies of the following documents on file: Proper oaths of office and proper loyal oaths for Pasco County Sheriff Chris Nocco, for officer K.M. Vogele (07376) and for officer B. McGavock (04226)."**

In order to process your request in a timely manner, please ensure that you respond to all correspondence within 10 business days, or the request will be considered withdrawn. Pursuant to F.S. 119, fees may apply.

All requests are processed in the order they are received, and we strive to handle each with fairness and attention. Thank you for your understanding and patience.

Sincerely,

Pasco County Sheriff's Office

## Public Records Request

| | |
|---|---|
| **From** | Frank R. Giustino <​ ██████████ ​@pm.me> |
| **To** | courts@jud6.org |
| **Date** | Wednesday, September 10th, 2025 at 12:19 PM |

Hello.

I was referred to you by Pasco County's Chief Judge's Office directly, after already asking the Pasco Clerk for the following records request. Both have referred me to jud6.org for these documents.

Under Florida's FOIA laws, I am looking for the signed proper oaths of office documented on file (judicial oaths, loyalty oaths, etc.) for the following judges in Pasco County:

- Judge Brian Gnage
- Judge Patrick Moore
- Chief Judge Shawn Crane

I request of waiver of all fees, as disclosure of the requested information to Me is in the public interest, because it is likely to contribute significantly to public understanding of the operations and activities of the government, and is not primarily in My commercial interest.

If you are not the correct person to whom this request for these records should be directed, please forward it without delay to the correct person(s).

Thank you!

 An official website of the United States government
Here's how you know

 UNITED STATES DEPARTMENT *of* JUSTICE

MENU

# FOIA.gov

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2370151

# Success!

## Your FOIA request has been created and is being sent to the Office of Legal Policy.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

FOIA Requester Service Center

202-514-3642

Eric Hotchkiss, Acting FOIA Public Liaison

202-514-3642

Andrew Fiorillo, Acting Chief, Initial Request Staff, 6th Floor
441 G St, NW
Washington, DC 20530-0001

## Request summary

Request submitted on**September 5, 2025**.

The confirmation ID for your request is **2370151**.

The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Frank Giustino

**Email**
███████████████

## Your request

I request that copies of the following documents be provided to Me, without delay:
Proper oaths of office on file for United States Judge Marcia Morales Howard (Chief
Judge for the Middle District of Florida), as required by 28 U.S.C. section 453 and 5 U.S.C.
section 3331. See also 5 U.S.C. 552(a)(4)(B). Statutes conferring original jurisdiction on
federal district courts must be strictly construed.

## Fees

**What type of requester are you?**
other

**Fee waiver**
yes

**Fee waiver justification**
Disclosure of the requested information to Me is in the public interest, because it is likely to contribute significantly to public
understanding of the operations and activities of the federal government, and is not primarily in My commercial interest.

## Request expedited processing

**Expedited processing**
no


FOIA.gov

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice

 An official website of the United States government
Here's how you know

 UNITED STATES DEPARTMENT of JUSTICE

 **FOIA.gov**

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 2309571

# Success!

## Your FOIA request has been created and is being sent to the Office of Information Policy.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

FOIA Requester Service Center

202-514-3642

Eric Hotchkiss, Acting FOIA Public Liaison

202-514-3642

Andrew Fiorillo, Acting Chief, Initial Request Staff
441 G St, NW, 6th Floor
Washington, DC 20530

## Request summary

Request submitted on **August 2, 2025**.

The confirmation ID for your request is **2309571**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Frank Giustino

**Email**
████████████████████

## Your request

I request that a copy of the following document be provided to Me, without delay:
Proper oath of office for United States Marshals Service Director Gadyaces S. Serralta, as
required by 5 U.S.C. section 3331 and section 3332.

## Fees

**What type of requester are you?**
other

**Fee waiver**
yes

**Fee waiver justification**
Disclosure of the requested information to Me is in the public interest, because it is likely to contribute significantly to public
understanding of the operations and activities of the federal government, and is not primarily in My commercial interest.

## Request expedited processing

**Expedited processing**
no



**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

Telephone: (202) 514-3642

August 4, 2025

Frank Giustino

Re:   FOIA-2025-06204
       ADF:ERH:TATJ

Dear Frank Giustino:

This responds to your Freedom of Information Act request dated August 2, 2025 and received in this Office on August 4, 2025 seeking records concerning the Director of the United States Marshals Service (USMS).

Your request has been received by the Office of Information Policy (OIP) of the United States Department of Justice, which processes Freedom of Information Act (FOIA) and Privacy Act (PA) requests for records it maintains as well as records maintained by the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Public Affairs, Legislative Affairs, Legal Policy, and Executive Secretariat. OIP also adjudicates administrative appeals of denials of FOIA/PA requests made to the Department. This Office maintains the case files for the initial requests and administrative appeals it processes.

Please be advised that the FOIA provides a right of access to federal agency records that exist and can be located in federal agency files. The FOIA does not require agencies to conduct research for you, to analyze data, to answer questions, or to create new records in response to a FOIA request. Moreover, the FOIA does not apply to records that are maintained by states, counties, or cities, or by the legislative or judicial branches of the government.

For your information, the FOIA operation for both the Department of Justice and the federal government is decentralized and each Department component and federal entity maintains and handles FOIA requests for its own records. Accordingly, you need to direct your letter to the office(s) you believe have records pertaining to the subject of your request. Additional information regarding the federal governments administration of the FOIA, including a listing of FOIA contact information, is available at www.foia.gov. Based on the information you have provided, you may want to direct your request to the USMS as the federal entity most likely to maintain the records you are seeking.

To be of assistance, below I have provided the web address for the *Department of Justice Freedom of Information Act Reference Guide* (*Reference Guide*), which provides guidance for making FOIA/PA requests to the Department of Justice. The *Reference Guide*, located on the Department website at http://www.justice.gov/oip/04_3.html, also contains a listing of the Department of Justice components, with a brief description of their functions and the records they maintain, as well as the addresses of their FOIA offices.

You may contact our Acting FOIA Public Liaison, Eric Hotchkiss, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with this Offices determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or you may submit an appeal through OIPs FOIA STAR portal by creating an account following the instructions on OIPs website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically submitted within ninety days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

Sincerely,

for
Andrew D. Fiorillo
Acting Chief,
Initial Request Staff
on behalf of
Sean R. O'Neill
Chief of Staff


**Bethpage** B
**Federal Credit Union**

**Please print this application. Once completed and signed, please mail to:**
**Bethpage Federal Credit Union | Attn: Operations | P.O. Box 2069 | Glen Burnie, MD 21060**    This is page 1 of 2.

# MEMBERSHIP ACCOUNT SIGNATURE CARD

**① ACCOUNT DESIGNATION.**

Please indicate if this is a ☐ New account or a ☐ Change to an existing account (check one).*

Check here if there has been a change to: ☐ Member/Taxpayer  ☐ Joint Owner  ☐ Beneficiary
*This change supersedes all previous designations.*

**② PRODUCT TYPE AND OPTIONAL SERVICES.**

Please indicate the type of account that you are opening or updating. Check all that apply.

| ☒ Savings | ☒ Checking | ☐ Money Market | ☐ Special Purpose | ☐ Certificate |
|---|---|---|---|---|
| ☐ Young Adult Savings | ☐ Young Adult Checking | | ☐ Vacation ☐ Holiday | ☐ Term: _____ Months |
| ☐ ATM Card | ☐ Debit Card ☐ Checks | ☐ Checks | | |

**ACCOUNT NUMBER(S).**

| 0340 | 0340 | | | |
|---|---|---|---|---|

**③ₐ ACCOUNT OWNER INFORMATION.**

| Member/Taxpayer: Last Name | First Name | M.I. | Occupation | Social Security/Tax ID No. |
|---|---|---|---|---|
| Giustino | Frank | R | LMT | |

| Home Street Address | City | State | Zip Code | Email Address | Date of Birth |
|---|---|---|---|---|---|
| | | | | | 3/13/1991 |

| Identification Type: ☒ Driver's License ☐ Other ID | Expiration Date | Landline Phone No. | Wireless Phone No. | Work Phone No. |
|---|---|---|---|---|
| Identification No. and Place of Issuance: | | | | ☐ Landline ☐ Wireless |

Are you aware of being on a government watch list? (i.e. PEP or OFAC) ☐ No ☐ Yes  Details:

**③♭**

| Joint Owner: Last Name | First Name | M.I. | Occupation | Social Security/Tax ID No. |
|---|---|---|---|---|
| | | | | |

| Home Street Address | City | State | Zip Code | Email Address | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Identification Type: ☐ Driver's License ☐ Other ID | Expiration Date | Landline Phone No. | Wireless Phone No. | Work Phone No. |
|---|---|---|---|---|
| Identification No. and Place of Issuance: | | | | ☐ Landline ☐ Wireless |

Are you aware of being on a government watch list? (i.e. PEP or OFAC) ☐ No ☐ Yes  Details:

**③c**

| Joint Owner: Last Name | First Name | M.I. | Occupation | Social Security/Tax ID No. |
|---|---|---|---|---|
| | | | | |

| Home Street Address | City | State | Zip Code | Email Address | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Identification Type: ☐ Driver's License ☐ Other ID | Expiration Date | Landline Phone No. | Wireless Phone No. | Work Phone No. |
|---|---|---|---|---|
| Identification No. and Place of Issuance: | | | | ☐ Landline ☐ Wireless |

Are you aware of being on a government watch list? (i.e. PEP or OFAC) ☐ No ☐ Yes  Details:


Federally
Insured
By NCUA    MS-305
10/2021

If you have more than three (3) joint owners, please fill out additional
Membership Account Signature Card(s) to accommodate the additional
joint owners, and mark the card accordingly.    Card # ___ of ___

## ④ BENEFICIARY DESIGNATION.

I/We agree that, upon the death of the last surviving account owner, all funds remaining in the above-referenced account(s) shall be paid to the designated beneficiary(ies) in the share percentages indicated. If more than one beneficiary is designated, and no share percentage is indicated, the beneficiaries will be paid equal shares. If any beneficiary dies before the last surviving account holder, his or her interest, and the interest of his or her heirs, shall terminate completely, and the share percentage of any remaining beneficiary(ies) shall be increased on a pro rata basis. I/We acknowledge that the designated beneficiary designation(s) indicated on this form supersede all previous beneficiary designations. It is further agreed that no joint account holder may add, delete, or otherwise amend the designated beneficiary(ies) without the consent of all other joint account holders.

If you name only one beneficiary to an account, you may include the "In-Trust-For" (ITF) designation in the account title.

☐ Check this box if the account is in trust for another individual and to include "ITF" in the account title. Write the name of the individual below.

_____

This account is "In-Trust-For" (print name)

| Beneficiary Name & Address | Date of Birth | Social Security / Tax ID No. | Share % |
|---|---|---|---|
| | Phone No. ☐ Landline ☐ Wireless | | ✚ |
| Beneficiary Name & Address | Date of Birth | Social Security / Tax ID No. | Share % |
| | Phone No. ☐ Landline ☐ Wireless | | ✚ |
| Beneficiary Name & Address | Date of Birth | Social Security / Tax ID No. | Share % |
| | Phone No. ☐ Landline ☐ Wireless | | ✚ |
| Beneficiary Name & Address | Date of Birth | Social Security / Tax ID No. | Share % |
| | Phone No. ☐ Landline ☐ Wireless | | = |

If you have more than four (4) beneficiaries, please fill out additional Membership Account Signature Card(s) to accommodate the additional beneficiaries, and mark the bottom of page 1 accordingly on each Membership Account Signature Card.

Please add up the Share % for all beneficiaries. *(The total must equal 100%)*

## ⑤ MEMBERSHIP AGREEMENTS AND SIGNATURES.

**Agreement to Terms and Conditions**

By signing below, I/we acknowledge and agree that: (1) the information provided in this Bethpage Federal Credit Union ("Bethpage") Membership Account Signature Card is true and correct to the best of my/our knowledge; (2) I am/we are applying for a Bethpage membership; (3) I/we have received Bethpage's Consumer Member Account Agreement, Bethpage's Fee Schedule, Bethpage's Consumer Member Privacy Notice and any additional required disclosures applicable to this/these Bethpage account(s); (4) I/we agree to be bound by all the terms and conditions applicable to this/these Bethpage account(s) and Bethpage related services, including as each may be amended from time to time; (5) I/we authorize Bethpage to verify any information provided on this application, to inquire of references and other account relationships, and to obtain business and consumer reports from credit reporting agencies on me/us; (6) I/we authorize Bethpage to check my/our credit and employment history; (7) Bethpage may obtain a credit report on me/us and if the application is approved, Bethpage may also obtain additional consumer reports for all legitimate purposes in connection with updating, renewing, modifying, taking collection action on my/our Bethpage account(s) and to evaluate me/us for other Bethpage products and/or services; (8) I/we agree that Bethpage may report information about my/our Bethpage account(s) to credit bureaus and/or check verification systems and to answer questions or requests from others seeking credit experience about my/our Bethpage account(s); and (9) I/we am/are not a foreign (non-US) government official or political officeholder, nor am/are I/we a close associate or family member of a foreign government official or political officeholder.

**Certification of Tax Identification Number (Substitute IRS Form W-9)**

By signing below, under penalty of perjury, I certify that: (1) the number on this form is my correct Taxpayer Identification Number; and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and (3) I am a U.S. citizen or other U.S. person (including a U.S. resident alien), as defined in the IRS W-9 instructions.

**The FATCA code is not applicable; Bethpage Federal Credit Union is not a foreign financial institution.**

**Certification Instructions:** You must cross out item 2 if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Signature of Member/Taxpayer (3a) *"All transactions redeemed in lawful money on demand pursuant to title 12 USC § 411" Robert R. [signature]* | Date 1/25/22 |
|---|---|
| Signature of Joint Owner (3b, if applicable) | Date |
| Signature of Joint Owner (3c, if applicable) | Date |

## ⑥ FOR INTERNAL USE ONLY.

| Account Number(s) Opened/Updated: | | |
|---|---|---|
| Date: | Branch: | Representative: |
| Courtesy Pay (Reg E): ☐ Opt In ☐ Opt Out ☐ N/A | | Form Completed and System Election Verified ☐ Yes ☐ N/A |



**OPENLAW**
3030 N. Rocky Point Dr. W #150
Tampa, FL 33607

First-Class Mail
Presorted
U.S. Postage
Paid
OpenLaw



View docket inside or you
can call: **1-844-705-4448**

SEE OTHER SIDE FOR
OPENING INSTRUCTIONS

# RE: LVNV FUNDING

FRANK GIUSTINO

T02835
08/26/2025

**LEGAL ADVERTISEMENT**

IF YOU HAVE ALREADY RETAINED LAWYER FOR THIS MATTER, PLEASE DISREGARD THIS LETTER.



**OPENLAW**
3030 N. Rocky Point Dr. W #150
Tampa, FL 33607

## ACTION REQUIRED: YOU ARE BEING SUED BY LVNV FUNDING

Frank,

We've been informed by the Clerk of Courts that Lvnv Funding filed a lawsuit against you in Pasco County. As a result, time-sensitive deadlines are looming in your case. **Without immediate legal representation, your rights may be in severe jeopardy.**

Finding an experienced attorney at a fair price on such short notice can be extremely challenging. **OpenLaw can easily help you find an experienced attorney quickly and could potentially save you up to 70% in legal fees.**

### How OpenLaw Works:

|  |  |  |  |
|---|---|---|---|
| **Submit Case** | **Review Proposals** | **Hire Attorney** | **Review Attorney** |
| Confidentially submit your case details to OpenLaw. | Receive competitive proposals from vetted attorneys with pricing. | Select the best attorney for you, at a fair price that you can afford. | Once your case is resolved, provide our community a review of your attorney. |

Submit your case now calling us at **844-705-4448**. Our team is available 24/7 to assist you. Do not delay your response as it could have significant repercussions and impact our mission to successfully resolve your case.

| **View Lawsuit Filed Against You in Pasco County** | Scan **QR-Code** <br>  | OR | Use **URL** <br> **olaw.io/pd3bxt** |
|---|---|---|---|

*Hablamos Español*

OpenLaw's mission is to democratize justice for all. We provide a dynamic online platform designed to streamline the process of connecting individuals and businesses with legal professionals tailored to their specific needs. While we are not a law firm, nor do we offer legal services, legal advice, or "lawyer referral services," our platform facilitates efficient access to qualified legal assistance without directly participating in any legal representation. If you have obtained an attorney for this matter, please disregard this letter.

**LEGAL ADVERTISEMENT**

**ADVERTISEMENT**

# THOELE | DRACH

Justin Seth Drach, Esq., MBA
justin@thoeledrach.com

**Attorneys & Counselors at Law**
3744 Dupont Station Court South
Jacksonville, Florida 32217

Amanda Marie Thoele, Esq.
amanda@thoeledrach.com

(904) 600-4384
(904) 306-1355 (facsimile)

**!HABLAMOS
ESPAÑOL!**

FRANK GIUSTINO

August 27, 2025

Re:     LVNV FUNDING LLC vs. FRANK GIUSTINO
Pasco County Case # 512025SC007393SCAXWS

Dear FRANK GIUSTINO,

If you have already retained an attorney, please disregard this letter. A review of the public records in the Clerk of Court's office shows a debt collector has filed suit against you. Our knowledge of the specifics of your case is limited to the information contained in the public records. We do not represent the debt collector that sued you. We represent consumers, not debt collectors.

If you ignore the lawsuit, don't have a valid legal defense, or don't agree to pay the amounts you owe, the Judge will probably enter a Final Judgment against you. With a Final Judgment in hand, the debt collector may be able to (1) garnish (take) any money in your checking or savings account; (2) garnish your paychecks; (3) seize personal property; or (4) put a lien on any real property you own. The debt collector can also force you to appear for a deposition to discover all about your personal financial information. They can also force you to give them copies of all your bank statements, check registers, income tax statements, insurance documents, paycheck stubs, etc. The list goes on and on.

Our firm will work to prevent this from happening. The attorneys of Thoele Drach have represented creditors in thousands of cases and know their tactics and the weaknesses in their cases. Since beginning to represent consumers like you, our firm has resolved over 95% of our cases without our clients paying the debt collector any money. In some cases, we may be able to represent you for free (including court costs).

Amanda Thoele graduated from Emory University in 2006 followed by the University of Florida Levin College of Law in 2009 and was admitted to The Florida Bar in 2010. After attending The Citadel, The Military College of South Carolina and more than ten years of service in the United States Navy, Justin Drach graduated from Regent University School of Law in 2012 and was admitted to the Florida Bar in 2013. We know what creditors are required to prove in court and are dedicated to protecting our client's legal rights.

In order for us to protect your rights, contact us right away. For a free consultation, call us to schedule your consultation, scan the QR code on this letter with your smartphone camera, or send an email to mail@thoeledrach.com.

Best Regards,

Justin Seth Drach, Esquire

SCAN ME



## WESTON LEGAL
—— PLLC ——

September 3, 2025

<u>Call Now</u>
# 813.538.1580

FRANK GIUSTINO

███████████████

**RE: LVNV FUNDING LLC VS. FRANK GIUSTINO, 512025SC007393SCAXWS**

Dear Frank:

If you have already retained a lawyer for this matter, please disregard this letter.

My name is Michael Weston and I am a consumer rights attorney. I am contacting you because I learned from the Pasco Clerk of the Court* that a lawsuit was filed against you in the above case on 8/25/2025. We obtained your name and address from the Pasco Clerk of the Court's office. If you ignore the lawsuit a **judgment** will likely be entered against you.

<div style="border:1px solid black; text-align:center">

**JUDGMENT PROBLEMS**

</div>

**1) <u>Garnish your Wages</u>**

In Florida a judgment creditor can generally seek to **<u>garnish a percentage of your wages</u>** unless you meet certain income requirements as the head of the household.

**2) <u>Garnish/Freeze/Take your bank account(s)</u>**

In Florida a creditor can **<u>garnish your bank account</u>**. This means that they freeze your bank account and forcibly take out money without your consent. Usually you have no notice of the garnishment.

**3) <u>Seize any "non-exempt" property from you</u>**

A judgment creditor in Florida can force the sale of any non-exempt property that you own. Generally, they do this with a "**<u>writ of execution.</u>**" They send the sheriff or constable out to your property to search for non-exempt property that can be seized.

**4) <u>Put the judgment on your credit report for 10 years</u>**

A judgment may be reported as a "**<u>public record</u>**" on your credit report. These types of records are difficult to get off your credit and a judgment can last for 20 years in Florida and can be renewed.

*The Pasco Clerk of the Court maintains public records of lawsuits filed in
Pasco County. They are located at 38319 McDonald St, Dade City, FL 33525

**ADVERTISEMENT**

| SOLUTIONS |
|:-:|

**So what can you do?**

1) **Fight the Lawsuit**

We charge **FIXED FEES** plus court costs to fight collection lawsuits.  You may have defenses to the lawsuit which could prevent the creditor from prevailing.  We offer payment plans as further described below.

2) **Settle the Lawsuit**

My firm may be able to assist in you settling this debt and other debts for a substantial reduction in what is owed.  Settlement reduces the risk of going to trial and it may improve your credit rating if the debt is currently reporting as a collection account.

## -OUR FLAT FEES-

| Debt Lawsuit Amount | Monthly Payment Plans | Flat Fee |
|:-:|:-:|:-:|
| below $1,000 | as low as $65.00 for 10 months | **$650** |
| $1,001-$2,000 | as low as $75.00 for 10 months | **$750** |
| $2,001-$3,000 | as low as $85.00 for 10 months | **$850** |
| $3,001-$4,000 | as low as $100.00 for 10 months | **$1,000** |
| $4,001-$5,000 | as low as $125.00 for 10 months | **$1,250** |
| $5,001-$7,000 | as low as $150.00 for 10 months | **$1,500** |
| $7,001-$10,000 | as low as $175.00 for 10 months | **$1,750** |
| $10,001-$12,000 | as low as $200.00 for 10 months | **$2,000** |
| $12,001-$14,000 | as low as $225.00 for 10 months | **$2,250** |
| $14,001-$16,000 | as low as $250.00 for 10 months | **$2,500** |
| Above $16,000 | Variety of Payment Plans | **Call for Fee** |

Very Truly Yours,

*Michael W. Weston*

Michael W. Weston

Statement of Qualifications:
I am a member of the National Association of Consumer Advocates.  I am licensed in the States of Florida, Texas, and Arizona.  I graduated in the top five percent of my law school class in 2005. I primarily help consumers and small businesses with debt issues.  In over 9 years as a licensed Florida attorney, I have defended several thousand collection lawsuits. Between the states above, I have had thousands of credit card lawsuits go to trial where I acted as the lead attorney.  I was admitted to the Texas Bar in November 2005, Arizona Bar in March 2012 and Florida Bar June 2012.

## ADVERTISEMENT

| **Tampa** | **Jacksonville** | **Orlando** | **Miami** | **Fort Lauderdale** |
|---|---|---|---|---|
| 2202 N West Shore Blvd | 841 Prudential Drive | 618 East South Street | 1111 Brickell Avenue | 714 NE 13th St |
| Ste 200 | 12th Floor | Ste 500 | 11th Floor | Ft Lauderdale FL |
| Tampa, FL 33607 | Jacksonville, FL 32207 | Orlando, FL 32801 | Miami, FL 33131 | 33304 |
| By appointment only | By appointment only | By appointment only | By appointment only | 305-850-6507 |
| | | | | Bona Fide Office |

# Certificate of Mailing

Treasury of the United States
U.S. Treasury - Scott BESSENT
U.S. Governor for the IMF
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

Registered Mail #          RF 244 309 520 US
Return Receipt # 9590 9402 9437 5069 2018 26


THOELE/DRACH
3744 Dupont Station Court South
Jacksonville, Florida 32217

Registered Mail #          RF 244 309 516 US
Return Receipt # 9590 9402 9437 5069 2018 33


WESTON LEGAL
2202 N West Shore Blvd
Ste 200
Tampa, Florida 33607

Registered Mail #          RF 244 309 502 US
Return Receipt # 9590 9402 9437 5069 2018 40


OPENLAW
3030 N. Rocky Point Dr. W #150
Tampa, Florida 33607

Registered Mail #          RF 244 309 493 US
Return Receipt # 9590 9402 9437 5069 2018 57


U.S. Marshals' Office - Washington D.C.
333 Constitution Avenue N.W.
Washington, D.C. 20001

Registered Mail #          RF 244 309 480 US
Return Receipt # 9590 9402 9437 5069 2018 64


U.S. Marshals' Office - Tampa, Florida
801 North Florida Avenue
Tampa, Florida 33602

Registered Mail #          RF 244 309 476 US
Return Receipt # 9590 9402 9371 5002 3711 78


Pamela Jo BONDI
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530

Registered Mail #          RF 244 309 462 US
Return Receipt # 9590 9402 9371 5002 3711 61


Jane Emma NITZE[1]
National Security Institute
Antonin Scalia School of Law
George Mason University
3301 Fairfax Drive, Arlington, VA 22201

Registered Mail #          RF 244 309 459 US
Return Receipt # 9590 9402 9437 5069 2018 02

---

[1] Jane Emma is added primarily because of the chaotic impact potential in the general public learning there are no federal judges. (www.youtube.com/shorts/imnZkGUFLFo) Search: "Supreme Court Justice Neil Gorsuch on the court's crisis of public confidence"

**Certificate of Mailing (cont.)**

Gus Michael BILIRAKIS
2354 Rayburn HOB
Washington, D.C. 20515

Registered Mail #          RF 244 309 445 US
Return Receipt  # 9590 9402 9437 5069 2017 89